```
                                    FILED
                                   Oct 07 2022
                           CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA
                         BY       s/ cynthial       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2021 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '22 CR2314 LL |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; Title 18, U.S.C., Sec. 922(g)(5) - Alien in Possession of Ammunition; Title 8, U.S.C., Sec. 1324(b), Title 18, U.S.C., Secs. 924(d), 982(a)(6), and 982(b), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |
| RAFAEL JOSE NUNEZ PARRA (1), JESUS RUIZ CARRASCO (2), EVARADO SANCHEZ CASTANEDA (3), | |
| Defendants. | |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including September 27, 2022, within the Southern District of California and elsewhere, defendants RAFAEL JOSE NUNEZ PARRA and JESUS RUIZ CARRASCO, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire with persons known and unknown to the grand jury, to transport and move certain aliens within the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I).

Count 2

On or about September 27, 2022, within the Southern District of California, defendant EVARADO SANCHEZ CASTANEDA, knowing his status as

MAF:cms(nlv):San Diego:10/6/22

an alien, that is knowing he was illegally or unlawfully in the United States, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: thirteen (13) rounds of Browning 9mm ammunition; in violation of Title 18, United States Code, Section 922(g)(5).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 924(d) and 982(a)(6)(A), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count 1 of this Indictment, defendant RAFAEL JOSE NUNEZ PARRA and JESUS RUIZ CARRASCO, shall forfeit to the United States, pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States Code, Section 982(a)(6)(A), any conveyance used in the commission of the offense, any property, real and personal, that constitutes and is derived from and is traceable to proceeds obtained directly and indirectly from the commission of the offense, and all property used and intended to be used to facilitate the commission of the violation. The property to be forfeited includes, but is not limited to: 2003 Toyota Camry and $23,250 of U.S. currency.

3. Upon conviction of the offense alleged in Count 2 of this Indictment, defendant EVARADO SANCHEZ CASTANEDA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the offense. The property to be forfeited

2

includes, but is not limited to: thirteen (13) rounds of Browning 9mm ammunition and 9 mm "ghost gun" bearing no registration or identification marks.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants -

    (a)   cannot be located upon the exercise of due diligence;

    (b)   has been transferred or sold to, or deposited with, a third party;

    (c)   has been placed beyond the jurisdiction of the Court;

    (d)   has been substantially diminished in value; or

    (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code Section 982(b) and Title 28, United States Code, Section 2461(c) which incorporate Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture. All pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 924(d), 982(a)(6), and 982(b), and Title 28, United States Code, Section 2461(c).

DATED: October 7, 2022.

RANDY S. GROSSMAN
United States Attorney

By: *[signature]*
KAREEM A. SALEM
Assistant U.S. Attorney